STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757   AND FILED ON   6/26/2008

DOMINICA O'NEILL

Vs.

MICHAEL R. EDELMAN, ET AL.

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN   (herein called recipient) therein named.
At Location: WORBY, GRONER & EDELMAN
11 MARTINE AVENUE
WHITE PLAINS NY

By delivering to and leaving with GINA BARRESE, ADMIN. ASST. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BLOND
Age  40/50   Height  5'11"   Weight  140
Other Features       GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod

Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757    AND FILED ON    6/26/2008

DOMINICA O'NEILL                                      Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:   PHILIP AMICONE, MAYOR                           (herein called recipient) therein named.
At Location:    CITY OF YONKERS
                CITY HALL, 40 SOUTH BROADWAY, 3RD FL
                YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business    [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__    Color of Skin __WH__    Color of Hair __BROWN__
Age __25/30__  Height __5'3"__   Weight __125__
Other Features ____

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)                         _John Axelrod_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4895052
Qualified in Westchester County
Commission Expires September 30, 2010               Server's License#:

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.5757          AND FILED ON          6/26/2008

DOMINICA O'NEILL                                                                Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                         Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                  )
                                                                          SS
COUNTY OF WESTCHESTER                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __10:00AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    EDMUND HARTNETT, POLICE COMMISSIONER                 (herein called recipient)
At Location:     100 SOUTH BROADWAY                                                    therein named.

                 YONKERS NY

By delivering to and leaving with __SGT. GELESKI__ a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business   dwelling house(usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __M__   Color of Skin  __WH__   Color of Hair  __BALD__
Age  __40/50__   Height  __5'9"__   Weight  __180__
Other Features                          MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the __7/7/2008__

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757     AND FILED ON     6/26/2008

DOMINICA O'NEILL                                                                   Plaintiff(s)/Petitioner(s)

                                Vs.

MICHAEL R. EDELMAN, ET AL                                                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                    )
                                                                      ) SS
COUNTY OF WESTCHESTER                                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FELMING, MAYOR'S OFFICE                          (herein called recipient)
At Location: CITY OF YONKERS                                        therein named.
             CITY HALL, 40 SOUTH BROADWAY, 3RD FL
             YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair    BROWN
Age  25/30  Height  5'3"   Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.5757 | AND FILED ON 6/26/2008 |

DOMINICA O'NEILL

Vs.

MICHAEL R. EDELMAN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI    (herein called recipient) therein named.
At Location: CORPORATON COUNSEL'S OFFICE
CITY HALL, 40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE, LEGAL SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  BLACK    Color of Hair  BLACK
Age  40/50    Height  5'6"    Weight  250
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_____
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_____
John Axelrod
Server's License#:

STATE OF NEW YORK       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757       AND FILED ON       6/26/2008

DOMINICA O'NEILL                                                                          Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                                    ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
CITY OF YONKERS, NEW YORK                                              (herein called recipient)
                                                                                                 therein named.
At Location: CITY HALL
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin BLACK     Color of Hair BLACK
Age 40/50  Height 5'6"
Weight 250 Other Features

Sworn to before me on 7/7/2008

Gail Williams (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod (signature)
John Axelrod
Server's License#: