STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757         AND FILED ON         6/26/2008

DOMINICA O'NEILL

Vs.                                                      Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL.                               Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN                               (herein called recipient)
At Location: WORBY, GRONER & EDELMAN                         therein named.
             11 MARTINE AVENUE
             WHITE PLAINS NY

By delivering to and leaving with GINA BARRESE, ADMIN. ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_    Color of Skin _WH_    Color of Hair _BLOND_
Age _40/50_  Height _5'11"_   Weight _140_
Other Features                    GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _7/7/2008_

_Gail Williams_ (signature)                    _John Axelrod_ (signature)

GAIL WILLIAMS
Notary Public, State of New York                Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757          AND FILED ON          6/26/2008

DOMINICA O'NEILL                                                                  Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                                   (herein called recipient)
At Location: CITY OF YONKERS                                          therein named.
             CITY HALL, 40 SOUTH BROADWAY, 3RD FL
             YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BROWN
Age  25/30  Height  5'3"   Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4895052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757   AND FILED ON   6/26/2008

DOMINICA O'NEILL                                              Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                           )
                                             ) SS
COUNTY OF WESTCHESTER                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER            (herein called recipient)
At Location: 100 SOUTH BROADWAY                               therein named.
             YONKERS NY

By delivering to and leaving with SGT. GELESKI, a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business   dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  WH   Color of Hair           BALD
Age  40/50   Height  5'9"   Weight  180
Other Features                MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757        AND FILED ON        6/26/2008

DOMINICA O'NEILL                                                             Plaintiff(s)/Petitioner(s)

                              Vs.

MICHAEL R. EDELMAN, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                )
                                                  ) SS
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __10:25AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:   JOHN FELMING, MAYOR'S OFFICE                    (herein called recipient)
At Location:    CITY OF YONKERS                                 therein named.
                CITY HALL, 40 SOUTH BROADWAY, 3RD FL
                YONKERS NY

By delivering to and leaving with __TARA RENZI, SECRETARY__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __WH__   Color of Hair   __BROWN__
Age  __25/30__  Height  __5'3"__   Weight  __125__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_Gail Williams_ (signature)                                    _John Axelrod_ (signature)

GAIL WILLIAMS                                                  John Axelrod
Notary Public, State of New York                               Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757       AND FILED ON       6/26/2008

DOMINICA O'NEILL                                                    Plaintiff(s)/Petitioner(s)
                                    Vs.
MICHAEL R. EDELMAN, ET AL                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI                                      (herein called recipient)
At Location: CORPORATON COUNSEL'S OFFICE                             therein named.
             CITY HALL, 40 SOUTH BROADWAY, 4TH FL
             YONKERS NY

By delivering to and leaving with MARIE GEORGE, LEGAL SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __BLACK__   Color of Hair __BLACK__
Age __40/50__  Height __5'6"__   Weight __250__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_                                       _John Axelrod_

GAIL WILLIAMS                                         Server's License#:
Notary Public, State of New York
No. 4865052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757    AND FILED ON    6/26/2008

| DOMINICA O'NEILL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| MICHAEL R. EDELMAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __10:20AM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
CITY OF YONKERS, NEW YORK    (herein called recipient) therein named.

At Location: CITY HALL
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with __MARIE GEORGE__ and that deponent knew the person so served to be the __LEGAL SECRETARY__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM        Color of Skin  BLACK        Color of Hair  BLACK
Age  40/50     Height  5'6"
Weight  250    Other Features

Sworn to before me on __7/7/2008__

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod
Server's License#: