STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757   AND FILED ON   6/26/2008

DOMINICA O'NEILL

Vs.   Plaintiff(s)/Petitioner(s)

MICHAEL R. EDELMAN, ET AL.   Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                              ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN   (herein called recipient) therein named.
At Location: WORBY, GRONER & EDELMAN
11 MARTINE AVENUE
WHITE PLAINS NY

By delivering to and leaving with GINA BARRESE, ADMIN. ASST. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business   dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair _BLOND_
Age _40/50_   Height _5'11"_   Weight _140_
Other Features   _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_ (signature)   _John Axelrod_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

| | | |
|---|---|---|
| STATE OF: NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.5757 | AND FILED ON | 6/26/2008 |

| | | |
|---|---|---|
| DOMINICA O'NEILL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| MICHAEL R. EDELMAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __10:25AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                    (herein called recipient)
At Location: CITY OF YONKERS                                      therein named.
             CITY HALL, 40 SOUTH BROADWAY, 3RD FL
             YONKERS NY

By delivering to and leaving with __TARA RENZI, SECRETARY__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BROWN__
Age __25/30__   Height __5'3"__   Weight __125__
Other Features ___

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_signature_                                          _signature_
GAIL WILLIAMS                                        John Axelrod
Notary Public, State of New York                     Server's License#:
No. 4695052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757        AND FILED ON        6/26/2008

DOMINICA O'NEILL                                                                Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                                      Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                           )
                                                                              SS
COUNTY OF WESTCHESTER                                                         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER                (herein called recipient)
At Location: 100 SOUTH BROADWAY                                    therein named.

YONKERS NY

By delivering to and leaving with SGT. GELESKI _____ a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business ___ dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair           BALD
Age  40/50    Height  5'9"    Weight  180
Other Features                 MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK                        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757           AND FILED ON            6/26/2008

DOMINICA O'NEILL                                                                    Plaintiff(s)/Petitioner(s)

                                     Vs.

MICHAEL R. EDELMAN, ET AL                                                           Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                            )
                                                SS
COUNTY OF WESTCHESTER                          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On __7/3/2008__ at __10:25AM__, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     JOHN FELMING, MAYOR'S OFFICE                              (herein called recipient)
At Location:      CITY OF YONKERS                                            therein named.
                  CITY HALL, 40 SOUTH BROADWAY, 3RD FL
                  YONKERS NY

By delivering to and leaving with __TARA RENZI, SECRETARY__ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address In a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   __FM__   Color of Skin   __WH__   Color of Hair   __BROWN__
Age   __25/30__   Height   __5'3"__   Weight   __125__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_Gail Williams_ (signature)                                   _John Axelrod_ (signature)

GAIL WILLIAMS                                                 John Axelrod
Notary Public, State of New York                              Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF  NEW YORK             UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.5757         AND FILED ON         6/26/2008

DOMINICA O'NEILL                                                       Plaintiff(s)/Petitioner(s)

                                    Vs.

MICHAEL R. EDELMAN, ET AL                                              Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )
                                                       ) SS
COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __10:20AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI                                         (herein called recipient)
                                                                       therein named.
At Location: CORPORATON COUNSEL'S OFFICE
             CITY HALL, 40 SOUTH BROADWAY, 4TH FL
             YONKERS NY

By delivering to and leaving with __MARIE GEORGE, LEGAL SECRETARY__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__  Color of Skin __BLACK__  Color of Hair __BLACK__
Age __40/50__  Height __5'6"__  Weight __250__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_____                              _____
GAIL WILLIAMS                                          John Axelrod
Notary Public, State of New York                       Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757     AND FILED ON     6/26/2008

DOMINICA O'NEILL     Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
CITY OF YONKERS, NEW YORK (herein called recipient) therein named.

At Location: CITY HALL
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin BLACK     Color of Hair BLACK
Age 40/50     Height 5'6"
Weight 250     Other Features

Sworn to before me on 7/7/2008

*(signature)*

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

*(signature)*
John Axelrod
Server's License#: