STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.5757   AND FILED ON   6/26/2008

DOMINICA O'NEILL   Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL.   Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/3/2008__ at __11:45AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL EDELMAN   (herein called recipient) therein named.
At Location: WORBY, GRONER & EDELMAN
11 MARTINE AVENUE
WHITE PLAINS NY

By delivering to and leaving with __GINA BARRESE, ADMIN. ASST.__ a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business   dwelling house (usual place of abode) within the state.

On __7/7/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BLOND__
Age __40/50__   Height __5'11"__   Weight __140__
Other Features   GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __7/7/2008__

_[signature]_ John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757    AND FILED ON    6/26/2008

DOMINICA O'NEILL                                      Plaintiff(s)/Petitioner(s)
                         Vs.
MICHAEL R. EDELMAN, ET AL                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:25AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR    (herein called recipient) therein named.
At Location: CITY OF YONKERS
CITY HALL, 40 SOUTH BROADWAY, 3RD FL
YONKERS NY

By delivering to and leaving with TARA RENZI, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   [ ] dwelling house(usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BROWN
Age  25/30  Height  5'3"   Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_____                    _____
GAIL WILLIAMS                                 John Axelrod
Notary Public, State of New York              Server's License#:
No. 4895052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF  NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757       AND FILED ON       6/26/2008

DOMINICA O'NEILL                                                    Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER        (herein called recipient)
At Location: 100 SOUTH BROADWAY                             therein named.

YONKERS NY

By delivering to and leaving with SGT. GELESKI ____ a person of suitable age and discretion.
Said premises is recipient's ✓ actual place of business ____ dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   M     Color of Skin   WH    Color of Hair           BALD
Age  40/50  Height          5'9"  Weight                  180
Other Features                    MOUSTACHE

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757          AND FILED ON          6/26/2008

| | |
|---|---|
| DOMINICA O'NEILL<br><br>Vs.<br><br>MICHAEL R. EDELMAN, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                                )
                                                                                                    ss
COUNTY OF WESTCHESTER                                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____7/3/2008_____ at _____10:25AM_____, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FELMING, MAYOR'S OFFICE                    (herein called recipient)
At Location: CITY OF YONKERS                                                    therein named.
                    CITY HALL, 40 SOUTH BROADWAY, 3RD FL
                    YONKERS NY

By delivering to and leaving with _____TARA RENZI, SECRETARY_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On _____7/7/08_____, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address In a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   _FM_   Color of Skin   _WH_   Color of Hair   _BROWN_
Age   _25/30_   Height   _5'3"_   Weight   _125_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   7/7/2008

_[signature] Gail Williams_                                                    _[signature] John Axelrod_
GAIL WILLIAMS                                                                      John Axelrod
Notary Public, State of New York
No. 4665052                                                                              Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757      AND FILED ON      6/26/2008

DOMINICA O'NEILL     Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE PORCARI (herein called recipient) therein named.
At Location: CORPORATON COUNSEL'S OFFICE
CITY HALL, 40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE, LEGAL SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 7/7/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin BLACK    Color of Hair BLACK
Age 40/50    Height 5'6"    Weight 250
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/7/2008

_Gail Williams_      _John Axelrod_

GAIL WILLIAMS
Notary Public, State of New York
No. 4865052
Qualified in Westchester County
Commission Expires September 30, 2010

Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5757          AND FILED ON          6/26/2008

DOMINICA O'NEILL                                                                Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL R. EDELMAN, ET AL                                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/3/2008 at 10:20AM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
CITY OF YONKERS, NEW YORK                                   (herein called recipient)
                                                            therein named.
At Location: CITY HALL
40 SOUTH BROADWAY, 4TH FL
YONKERS NY

By delivering to and leaving with MARIE GEORGE and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM          Color of Skin BLACK          Color of Hair BLACK
Age 40/50       Height 5'6"
Weight 250      Other Features

Sworn to before me on 7/7/2008

Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: