AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DOMINICA O'NEILL,
                    Plaintiff,

-against-

MICHAEL R. EDELMAN a/k/a "THE CONSULTANT", individually, Phillip Amicone, individually, and in his capacity as Mayor of the City of Yonkers, New York, EDMUND HARTNETT, individually, and as Police Commissioner of the City of Yonkers, New York, JOHN FLEMING a/k/a "MOB BUSTER", individually and in his capacity as Executive Assistant to the Mayor of the City of Yonkers, New York, LAWRENCE PORCARI a/k/a "ETHAN EDWARDS", individually and in his capacity as Assistant Corporation Counsel for the City of Yonkers, New York, and the CITY OF YONKERS, New York,
                    Defendants.

**APPEARANCE**

Case Number: 08 CIV. 5757

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> DEFENDANTS: Phillip Amicone, individually, and in his capacity as Mayor of the City of Yonkers, New York, EDMUND HARTNETT, individually, and as Police Commissioner of the City of Yonkers, New York, JOHN FLEMING a/k/a "MOB BUSTER", individually and in his capacity as Executive Assistant to the Mayor of the City of Yonkers, New York, LAWRENCE PORCARI a/k/a "ETHAN EDWARDS", individually and in his capacity as Assistant Corporation Counsel for the City of Yonkers, New York, and the CITY OF YONKERS, New York.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 24, 2008 | *[signature]* |
| Date | Signature |
| | Matthew S. Clifford     MC1134 |
| | Print Name     Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City     State     Zip Code |
| | (914) 681-0200     (914) 684-0288 |
| | Phone Number     Fax Number |