AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DOMINICA O'NEILL,
                                    Plaintiff,

-against-

MICHAEL R. EDELMAN a/k/a "THE CONSULTANT", individually, Phillip Amicone, individually, and in his capacity as Mayor of the City of Yonkers, New York, EDMUND HARTNETT, individually, and as Police Commissioner of the City of Yonkers, New York, JOHN FLEMING a/k/a "MOB BUSTER", individually and in his capacity as Executive Assistant to the Mayor of the City of Yonkers, New York, LAWRENCE PORCARI a/k/a "ETHAN EDWARDS", individually and in his capacity as Assistant Corporation Counsel for the City of Yonkers, New York, and the CITY OF YONKERS, New York,
                                    Defendants.

**APPEARANCE**

Case Number: 08 CIV. 5757

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> DEFENDANTS: Phillip Amicone, individually, and in his capacity as Mayor of the City of Yonkers, New York, EDMUND HARTNETT, individually, and as Police Commissioner of the City of Yonkers, New York, JOHN FLEMING a/k/a "MOB BUSTER", individually and in his capacity as Executive Assistant to the Mayor of the City of Yonkers, New York, LAWRENCE PORCARI a/k/a "ETHAN EDWARDS", individually and in his capacity as Assistant Corporation Counsel for the City of Yonkers, New York, and the CITY OF YONKERS, New York.

I certify that I am admitted to practice in this court.

July 24, 2008
Date

*[Signature: Kevin Plunkett]*
Signature

Kevin J. Plunkett                KP3049
Print Name                       Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City            State         Zip Code

(914) 681-0200              (914) 684-0288
Phone Number                Fax Number