# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

914-428-8401  
FAX 914-428-8916

KIM PATRICIA BERG+  
DRITA NICAJ+

+also admitted in New Jersey

August 18, 2008

VIA FACSIMILE

Honorable Cathy Seibel  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, N.Y. 10601

Re: O'Neill v Edelman, et al.  
08 Civ 5757 (CS)

Dear Judge Seibel:

Defendants have served and filed a motion for summary judgment in the above referenced matter. The return date is currently set for September 5, 2008.

On the consent of defense counsel, Brian Belowich, Esq., I am writing to respectfully request an extension of time for Plaintiff to submit his opposition papers to September 26, 2008, with a return date of October 10, 2008. This is the first request for an extension of time in this case.

Respectfully submitted,

Kim Berg

KB:af

cc: Brian Belowich, Esq. by fax (684-0288)

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____